IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

NANCY ACEVEDO                        §
                                     §
v.                                   §        CIVIL NO. 4:23-CV-00416-SDJ-BD
                                     §
SCOTT BESSENT, *Secretary, US*       §
*Department of the Treasury*         §

**MEMORANDUM ADOPTING REPORT AND
<u>RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE</u>**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On June 15, 2026, the Magistrate Judge entered proposed findings of fact and a recommendation (the "Report"), (Dkt. #48), that the Secretary's Motion to Dismiss, (Dkt. #37), be granted. Defendant filed Objections, (Dkt. #49), to the Report.

The Court conducted a de novo review of the Objections and the portions of the Report to which Plaintiff specifically objects, and the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and that the Objections are without merit as to the ultimate findings of the Magistrate Judge. The Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

**IT IS ORDERED** that the Motion to Dismiss, (Dkt. #37), is **GRANTED** and Plaintiff's Complaint is **DISMISSED WITHOUT PREJUDICE**.

1

**So ORDERED and SIGNED this 14th day of July, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE